# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID PAUL NUSSBAUMER, III

VERSUS

JANETTE KAYE BOWDEN
NUSSBAUMER

NO.   2025 CW 0716

**SEPTEMBER 22, 2025**

---

In Re:   Janette Kaye Bowden Nussbaumer, applying for supervisory
writs, Family Court in and for the Parish of East Baton
Rouge, No. 237,134.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED WITH ORDER.** The Family Court's June 16, 2025
judgment which granted the petition for declaratory judgment filed
by plaintiff, David Paul Nussbaumer, III, disposing of all issues
therein is a final appealable judgment. See La. Code Civ. P. arts.
1871, 1878; **Pelican Educ. Found., Inc. v. Louisiana State Bd. of
Elementary & Secondary Educ.,** 2011-2067 (La. App. 1st Cir.
6/22/12), 97 So.3d 440, 445. Defendant, Janette Kaye Bowden
Nussbaumer, filed a timely motion for appeal. This matter is
remanded to the Family Court with instructions to grant defendant's
motion for appeal.

                         SMM
                         BDE
                         WEF

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT